IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL PUKLICH,

        Plaintiff,

v.                                      No. 12-00015-DRH-PMF

PETE VAMBAKETES, Individually and
As Officer for the Alton Police Department,

        Defendant.

## ORDER

This matter coming before the Court and on Stipulation for Dismissal of Certain Claims of the parties;

IT IS HEREBY ORDERED AND ADJUDGED that the Count I (Battery) and Count II (Trespass) of plaintiff's Complaint hereby are dismissed without prejudice to the rights of the plaintiff to recommence said suit and each party to bear its own costs.

Count III (Section 1983 claim) of plaintiff's Complaint remains pending.

Entered this 11th day of April, 2013.

                                                           Digitally signed by
                                                           David R. Herndon
                                                           Date: 2013.04.11
                                                           13:04:42 -05'00'

                                                           Chief Judge
                                                           United States District Court