UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL PUKLICH**,

    **Plaintiff,**

v.

**PETE VAMBAKETES,**

    Defendant.                             No. 12-cv-15-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter is before the Court as a result of a jury verdict rendered on August 13, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict returned on August 13, 2013, judgment is entered in favor of the defendant, **PETE VAMBAKETES** and against the plaintiff, **MICHAEL PUKLICH**.

                                       NANCY J. ROSENSTENGEL,
                                       CLERK OF COURT

                                       BY: /s/*Sara Jennings*
                                               **Deputy Clerk**

Dated: August 13, 2013

Digitally signed by
David R. Herndon
Date: 2013.08.13
16:20:01 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT